

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00163-CR

DONNIE EARL PHILLIPS, JR., Appellant    §    On Appeal from the 371st District Court

                                        §    of Tarrant County (1735446)

V.                                      §    September 28, 2023

                                        §    Per Curiam Memorandum Opinion

THE STATE OF TEXAS                      §    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM